FILED
WILLIAMSPORT

DEC 11 2025

PER___ER___
DEPUTY CLERK

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 4:25-CR-00313 |
| v. | : | |
| DOMINIQUE HARRIS | : | (Chief Judge Brann) |
| Defendant | : | |

# INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1
### 18 U.S.C. § 111(a)
(Assaulting, resisting, or impeding certain officers or employees)

On or about November 30, 2025, in Williamsport, Lycoming County, Pennsylvania, in the Middle District of Pennsylvania, the defendant,

**DOMINIQUE HARRIS,**

did forcibly assault, resist, oppose, impede, intimidate, and interfere with any person designated in 18 U.S.C. § 1114, to wit, A.C. who was engaged in her official duties and caused physical contact with A.C. by spitting on her.

All in violation of Title 18, United States Code, Section 111(a).

THE GRAND JURY CHARGES:

## COUNT 2
## 18 U.S.C. § 111(a)
(Assaulting, resisting, or impeding certain officers or employees)

On or about November 30, 2025, in Williamsport, Lycoming County, Pennsylvania, in the Middle District of Pennsylvania, the defendant,

**DOMINIQUE HARRIS,**

did forcibly assault, resist, oppose, impede, intimidate, and interfere with any person designated in 18 U.S.C. § 1114, to wit, A.R. who was engaged in his official duties and caused physical contact with A.R. by spitting on him.

All in violation of Title 18, United States Code, Section 111(a).

A TRUE BILL

BRIAN D. MILLER
United States Attorney

[signature]
FOREPERSON

[signature]
GEOFFREY W. MACARTHUR
Assistant United States Attorney

12/11/25
Date