IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 4:25-CR-00313 |
| | : | |
| v. | : | (Chief Judge Brann) |
| | : | |
| DOMINIQUE HARRIS, | : | (Electronically Filed) |
| Defendant | : | |

**MOTION TO CONTINUE JURY SELECTION AND TRIAL AND TO EXTEND THE TIME TO FILE PRETRIAL MOTIONS AND BRIEFS**

AND NOW comes the Defendant, Dominique Harris by her attorney, Gerald A. Lord, Assistant Federal Public Defender, and respectfully moves this Honorable Court to continue jury selection and trial and to extend the time to file pretrial motions and briefs. In support thereof, it is averred as follows:

1. On December 11, 2025, Dominique Harris was charged in an Indictment with two counts of assaulting, resisting, or impeding certain officers or employees in violation of 18 U.S.C. § 111(a).

2. On December 16, 2026, Dominique Harris appeared before United States Magistrate Judge Sean A. Camoni for an arraignment and pleaded not guilty.

3. The Federal Public Defender's Office was appointed to represent Ms. Harris.

4. By Order of June 15, 2026, this Honorable Court scheduled jury selection and trial for November 2, 2026, and set the deadline for filing pretrial motions and briefs to on or before September 28, 2026.

5. The defendant through counsel expects to submit an application for pretrial diversion shortly and, therefore, Ms. Harris does not want to schedule the case for trial, or a non-trial disposition, until a response to the pretrial diversion request is received.

6. For the above-mentioned reason, Dominique Harris requests an extension of ninety (90) days within which to file pretrial motions and briefs.

7. To provide effective assistance of counsel and to adequately prepare for trial, undersigned counsel seeks a continuance of the jury selection and trial of not less than ninety (90) days so the defendant can complete the application process for pretrial diversion.

8. Defense counsel avers that the ends of justice served by granting a continuance request outweigh the best interest of the public and the defendant in a speedy trial.

9. Defense counsel also avers that the failure to grant a continuance in this case would deny Ms. Harris reasonable time necessary for effective preparation.

10. The delay occasioned by this motion is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A). *See also* 18 U.S.C. § 3161(h)(7)(B)(iv).

11. Because the reasons for the continuance are fully stated in the motion and the Government concurs in the granting of the motion, no supporting brief is required pursuant to Local Rule 7.5.

WHEREFORE, the Defendant, Dominique Harris respectfully requests that this Honorable Court continue jury selection and trial scheduled for November 2, 2026 for no less than ninety (90) days and extend the deadline for filing pretrial motions and briefs to December 28, 2026.

Respectfully submitted,

Date: September 18, 2026

*s/Gerald A. Lord*
Gerald A. Lord, Esquire
Assistant Federal Public Defender
Attorney I.D. # PA49539
330 Pine Street, Suite 302
Williamsport, PA 17701
TEL: 570-323-9314
FAX: 570-323-9836
*Gerald_lord@fd.org*
*Attorney for Dominique Harris*

## CERTIFICATE OF SERVICE

I, Gerald A. Lord, Assistant Federal Public Defender, do hereby certify that the **Motion to Continue Jury Selection and Trial and to Extend the Time to File Pretrial Motions and Briefs**, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing:

Geoffrey W. MacArthur, Esquire
Assistant United States Attorney

and by placing the same in the United States Mail, first class in Williamsport, Pennsylvania, addressed to the following:

Dominique Harris

Date: September 18, 2026

*s/Gerald A. Lord*
Gerald A. Lord, Esquire
Assistant Federal Public Defender